IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:19-cv-02735-NAB |
| HOA RESTAURANT HOLDER, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
|     Defendant. ) | |

## **NOTICE OF SETTLEMENT**

    Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that the Defendant has reached a settlement in principle with Plaintiff Fred Nekouee.  Said parties expect to finalize the settlement in the next 21 days.

    Respectfully submitted,

    s/Robert J. Vincze
    Robert J. Vincze (MO #37687)
    Law Offices of Robert J. Vincze
    PO Box 792
    Andover, Kansas 67002
    Phone: 303-204-8207
    Email: vinczelaw@att.net
    *Attorney for Plaintiff Fred Nekouee*

## **CERTIFICATE OF SERVICE**

  I certify that on November 15, 2019 filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Eastern District of Missouri. A true and correct copy of the same will be delivered via electronic mail to:

HOA Restaurant Holder, LLC
c/o Alisa P. Cleek, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
acleek@taylorenglish.com

            /s/Robert J. Vincze
            Robert J. Vincze (MO #37687)