IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:19-cv-02735-NAB |
| HOA RESTAURANT HOLDER, LLC, ) | |
| a Delaware limited liability company, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fred Nekouee ("Plaintiff") hereby dismisses Plaintiff's claims against Defendant HOA RESTAURANT HOLDER, LLC with prejudice.

Except as otherwise agreed, each party to bear their own costs and attorney's fees.

DATE:  November 26, 2019

                                                       Respectfully submitted,

                                                     *s/Robert J. Vincze*
                                                     Robert J. Vincze (MO # 37687)
                                                     Law Offices of Robert J. Vincze
                                                     PO Box 792
                                                     Andover, Kansas 67002
                                                     Phone: 303-204-8207
                                                     Email: vinczelaw@att.net

                                                     *Attorney for Plaintiff Fred Nekouee*

## **CERTIFICATE OF SERVICE**

I certify that on November 26, 2019, I filed the within and foregoing Notice using the CM/ECF System for the federal District Court for the Eastern District of Missouri. A true and correct copy of the same will be delivered via electronic mail to the following:

HOA Restaurant Holder, LLC
c/o Alisa P. Cleek, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
acleek@taylorenglish.com

                                          /s/Robert J. Vincze
                                          Robert J. Vincze (MO #37687)