**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| FRED NEKOUEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19 CV 2735 NAB |
| ) | |
| HOA RESTAURANT HOLDER, LLC., ) | |
| ) | |
| Defendant. ) | |

**ORDER OF DISMISSAL**

This matter is before the Court on Plaintiff's Notice of Dismissal With Prejudice [Doc. 10.].

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss its case without court order before the opposing party has answered. Upon review of the court docket in this matter, the Court has determined that Defendant has not filed an answer or otherwise responded to Plaintiff's Complaint. Therefore, Plaintiffs' case may be dismissed without leave of court.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice** with each party to bear their own costs.

Dated this 27th day of November, 2019.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE